UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50105 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Possession of a Firearm by a Prohibited Person |
| JOE WARREN SIERRA, SR., | (18 U.S.C. §§ 922(g)(1) and 924(a)(2)) |
| Defendant. | Forfeiture |

The Grand Jury charges:

On or about April 28, 2022, at Manderson, in the District of South Dakota, the defendant, Joe Warren Sierra, Sr., having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a black, Remington 12 Gauge Shotgun, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

1.  The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) the defendant, Joe Warren Sierra, Sr., shall forfeit to the United

States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

    a.    One black, Remington 12 Gauge Shotgun; and

    b.    ammunition for the firearm described above,

all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

**Name Redacted**
_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____